UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,**<br><br>Plaintiff,<br><br>v.<br><br>**Faustino ZATARAIN-Ibarra,**<br><br>Defendant | Magistrate Docket No. '08 MJ 0829<br><br><u>COMPLAINT FOR VIOLATION OF</u>:<br><br>Title 8, U.S.C., Section 1326<br>Deported Alien Found in the<br>United States |

The undersigned complainant, being duly sworn, states:

On or about **March 13, 2008** within the Southern District of California, defendant, **Faustino ZATARAIN-Ibarra,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
Ismael A. Canto
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **17th** DAY OF **MARCH, 2008.**

_____
Leo S. Papas
UNITED STATES MAGISTRATE JUDGE

**CONTINUATION OF COMPLAINT:**
Faustino ZATARAIN-Ibarra

## PROBABLE CAUSE STATEMENT

I declare under the penalty of perjury that the following statement is true and correct:

On March 13, 2008, Border Patrol Agent C. Llamas was performing linewatch duties on the All Terrain Vehicle Unit when he responded to a sensor activation near an area known as "Clearwater Road". This area is approximately 2 miles west of the San Ysidro, California Port of Entry and about 100 yards north of the International Boundary Fence. Agent Llamas arrived north of "Clearwater Road" and encountered 5 individuals running north across Monument Road. After a brief search of the area Agent Llamas and Agent R. Gonzalez encountered 5 individuals concealing themselves in the Tijuana River. Agent Llamas identified himself as a United States Border Patrol Agent, and questioned the 5 individuals as to their citizenship and nationality. All 5 of the individuals, including the defendant later identified as **Faustino, ZATARAIN-Ibarra** freely admitted to being citizens and nationals of Mexico in the United States illegally without any proper immigration documents that would allow them to be or remain in the United States legally. All subjects including the defendant were transported to the Imperial Beach Border Patrol station for further processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **February 8, 2007** through **San Ysidro, California**. These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.

The defendant was advised of his Miranda rights and was willing to answer questions without an attorney present.

Executed on March 15, 2008 at 9:00 am.

Carlos R. Chavez
Senior Patrol Agent

On the basis of the facts presented in the probable cause statement consisting of 1 page(s), I find probable cause to believe that the defendant named in this probable cause statement committed the offense on **March 13, 2008**, in violation of Title 8, United States Code, Section 1326.

Louisa S. Porter
United States Magistrate Judge

3/15/08  9:30 AM